■ In the Matter of ROBERT J. STONE, as Commissioner of Department of Social Services, on Behalf of JANET C. CHILINSKI, Respondent, v DOUGLAS J. ILARDO, Appellant. (Appeal No. 1.) [595 NYS2d 358] —Appeal unanimously dismissed without costs (see, Matter of Erie County Dept. of Social Servs. v Abdallah [appeal No. 2], 187 AD2d 967; Matter of Louise S. v Timothy E. [appeal No. 1], 187 AD2d 994). (Appeal from Order of Onondaga County Family Court, Jenkins, H.E.—Child Support.) Present—Denman, P. J., Green, Balio, Doerr and Boehm, JJ.